AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

JS-6

| | |
|---|---|
| MARK LEIDENHEIMER )<br>*Plaintiff* )<br>v. )<br>CSK AUTO, INC., ETC. )<br>*Defendant* ) | Civil Action No. 2:13-CV-09568-DDP-VBK |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: the plaintiff recover nothing, the action be dismissed on the merits, and each party bear its own costs.

This action was *(check one)*:

☑ tried by a jury with Judge  Dean D. Pregerson  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 03-11-16

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*